1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

FILED
APR 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 07-0185 MAG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER FOR SUMMONS |
| ONA V. BROWN, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of John W. Killeen, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Ona V. Brown, 1797 Ellis St. # 4, San Francisco, CA, 94115, to appear on April 25 at 9:30 a.m. before Magistrate Judge Edward Chen to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 4/11/07

_____
EDWARD M. CHEN
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07-0185 MAG